[No. 6905-1. Division One. July 9, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFF HAWKINS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85665, David W. Soukup, J., entered July 25,

1978. *Affirmed* by unpublished opinion per Swanson, A.C.J., concurred in by James and Ringold, JJ.